UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-4102 PA (KSx) | Date | June 9, 2020 |
|---|---|---|---|
| Title | Jesus Cazares v. Host International, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          IN CHAMBERS—ORDER TO SHOW CAUSE

Defendant Host International, Inc. ("Defendant") filed a Notice of Removal on May 5, 2020, removing an action commenced by plaintiff Jesus Cazares ("Plaintiff") in Los Angeles Superior Court on April 1, 2020.  Following the removal of the action, Plaintiff filed a First Amended Complaint in which Plaintiff seeks to represent a class of all persons employed by Defendant in the State of California with a class period beginning four years prior to the commencement of the action and continuing through the date judgment is rendered.  Plaintiff also seeks to represent a subclass of those who were terminated by Defendant during the class period.  The First Amended Complaint alleges various wage and hour claims against Defendant.

According to the Notice of Removal, Defendant previously entered into a global settlement of five class actions filed throughout California that was finally approved in the United States District Court for the Northern District of California with an effective date of January 29, 2019.  See Garcia, et al. v. Host Int'l, Inc., Case No. 3:17-cv-3069 RS.  Because of the apparent overlapping nature of the class alleged in this action and the claims and class involved in Garcia, the Court orders the parties to show cause, in writing not to exceed 15 pages, why this action should not be dismissed or transferred to the United States District Court for the Northern District of California (the "Northern District") for the convenience of the parties and witnesses, in the interest of justice, and pursuant to the first-to-file rule.  See 28 U.S.C. §§ 1404 & 1406.  To assist the Court in determining whether transfer is appropriate and in the interest of justice, the parties are directed to address the following:

1.   What additional actions, aside from those listed above, have been brought against the same defendants for the same or similar conduct in the Northern District, or other districts within California;

2.   The similarity of the parties in each case, in particular whether Plaintiff seeks to represent a class that is the same or similar to a class in one of the previously-filed actions;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-4102 PA (KSx) | Date | June 9, 2020 |
|---|---|---|---|
| Title | Jesus Cazares v. Host International, Inc. | | |

2.      Whether this action could have been brought in the Northern District;

2.      Whether venue is appropriate in the Northern District;

3.      What contacts, if any, each of the parties has to the Central District and the Northern District;

4.      Which alleged unlawful practices occurred within the Central District;

5.      Which witnesses are expected to be called and where they reside;

6.      The availability of compulsory process to compel attendance of unwilling non-party witnesses in the Central District as compared to the Northern District;

7.      The ease of access to sources of proof in each of the two forums;

8.      The expected difference in the cost of litigation in the Central District as compared to the Northern District; and

9.      Whether there are any alternative forums, other than the Central District and the Northern District, that would be more convenient for this action, keeping in mind the inquiries above.

The parties' responses to this Order to Show Cause shall be filed by no later than June 16, 2020.  Failure to timely and adequately respond to this Order may result in the dismissal or transfer of this action without further warning.  The Court continues the Scheduling Conference from June 15, 2020, to July 6, 2020, at 1:30 p.m., so that it may occur at the same time as the hearing on Defendant's Motion to Dismiss.

IT IS SO ORDERED.