JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JESUS CAZARES, | Case No. CV 20-4102 PA (KSx) |
|---|---|
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| HOST INTERNATIONAL, INC.; and DOES 1-100, | |
| Defendants. | |

In accordance with the Court's July 1, 2020 Minute Order granting the Motion to Dismiss filed by defendant Host International, Inc. ("Defendant"), which dismissed the First Amended Complaint's claims for unpaid wages, meal break violations, rest period violations, and unfair business practices with leave to amend, and the claims for waiting time and wage statement penalties without leave to amend, and the Request for Entry of Judgment filed by plaintiff Jesus Cazares ("Plaintiff"), in which Plaintiff has declined to file a Second Amended Complaint and instead requests entry of a Judgment, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed with prejudice.

. . . .

. . . .

It is further ORDERED, ADJUDGED, AND DECREED that Defendant shall have its costs of suit.

DATED: July 16, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-